# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter Bernegger,<br><br>            Plaintiff,<br><br>v.<br><br>Wendy Roal, Commissioner of the Bureau<br>of Federal Prisons, Washington, D.C.,<br><br>            Defendants. | Civil No. 10-3896 (RHK/JJG)<br><br>**DISQUALIFICATION AND**<br>**ORDER FOR REASSIGNMENT** |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 13, 2010

                                              s/Richard H. Kyle        
                                              RICHARD H. KYLE
                                              United States District Judge